# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** JANET S. BAER

**Hearing Date:** September 7, 2018

**Bankruptcy Case No.** 18-22119

**Adversary No.**

**Title of Case:** In re: Steven D. Sebby and Elizabeth Sebby

**Brief Statement of Motion:** Nationstar Mortgage LLC d/b/a Mr. Cooper's Motion for Relief from Stay (Dkt #10)

**Names and Addresses of moving counsel:** See Attached Service List

**Representing:**

## ORDER

**IT IS HEREBY ORDERED that:**

Chapter 7 Trustee's response is due to be filed on or October 9, 2018.

Set for status on October 19, 2018 at 11:00 A.M. in Room 240, 100 S. Third St., Geneva, IL 60134.

By: /s/ Janet S. Baer

Janet S. Baer